**Dismissed and Opinion Filed January 24, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

___

### No. 05-17-01230-CV
___

**MIAMI UNIVERSITY, Appellant**
**V.**
**PAVE SYSTEMS, INC., Appellee**

___

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13904**

___

## MEMORANDUM OPINION

Before Justices Lang-Miers, Fillmore, and Stoddart
Opinion by Justice Stoddart

Before the Court is appellant's January 12, 2018 agreed motion to dismiss the appeal.

Appellant has informed the Court the parties have reached a settlement agreement and no longer

wish to pursue this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX.

R. APP. P. 42.1(a)(2).

/Craig Stoddart/
CRAIG STODDART
JUSTICE

171230F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MIAMI UNIVERSITY, Appellant

No. 05-17-01230-CV      V.

PAVE SYSTEMS, INC., Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-15-13904.
Opinion delivered by Justice Stoddart.
Justices Lang-Miers and Fillmore participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee Pave Systems, Inc. recover its costs of this appeal from appellant Miami University.

Judgment entered this 24th day of January, 2018.